## THILLENS, INC., *v.* MOREY, AUDITOR OF PUBLIC ACCOUNTS OF ILLINOIS, ET AL.

No. 696.  Decided March 3, 1958.

*Henry F. Tenney, David Jacker* and *Perry S. Patterson* for appellant.

*Latham Castle,* Attorney General of Illinois, and *William C. Wines* and *Ben Schwartz,* Assistant Attorneys General, for the Auditor of Public Accounts of Illinois et al., and *Charles H. Thompson* and *Hirsch E. Soble* for Arnold et al., appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## ROWLAND *v.* TEXAS.

No. 709.  Decided March 3, 1958.

*Dorsey B. Hardeman* for appellant.

PER CURIAM.

The appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.